*In re* María del Carmen López Castro.

*Número:* TS-13281          *Resuelto:* 14 de mayo de 2004

*Roberto J. Sánchez Ramos*, procurador general; *Ángel N. Candelario Cáliz*, oficial investigador de la Comisión de Ética del Colegio de Abogados; *Ángel L. Tapia Flores*, abogado de la querellada.

## RESOLUCIÓN

Examinados el Escrito en Cumplimiento de Orden del Procurador General de Puerto Rico y la Moción Informativa del Colegio de Abogados de Puerto Rico, *se ordena la reinstalación de la Sra. María del Carmen López Castro al ejercicio de la abogacía y la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López, Corrada Del Río y Rivera Pérez no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*